# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**KEITH STANSELL, et al.,**

    **Plaintiffs,**

**v.**                                                                                      Case No. 8:09-cv-2501-T-30AEP

**BGP, INC., et al.,**

    **Defendants.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon Defendants BGP Americas, Inc., BGP International, Inc., and BGP, Inc.'s ("the BGP Defendants") Motion to Dismiss (Dkt. 50) and Plaintiffs's Response in Opposition (Dkt. 55). The BGP Defendants move to dismiss arguing, in part, that the Third Amended Complaint improperly "lumps together" all Defendants throughout the complaint, such that they cannot be on notice of the claims against each defendant. In the motion, the BGP Defendants also challenge Plaintiffs standing to bring this action against them and the Court's personal jurisdiction over them.

In response, Plaintiffs assert that "lumping together" is proper where the defendants are alter-egos of one another. However, the Third Amended Complaint makes only a conclusory allegation of the alter-ego relationship between the BGP Defendants. As the BGP Defendants point out in their reply, allegations of alter ego must be supported by facts. *N. Am. Clearing Inc. v. Brokerage Comp. Sys., Inc.*, No. 6:07-cv-1503, 2009 WL 1513389 at

*9 (M.D. Fla. May 27, 2009). The single conclusory allegation of alter ego is insufficient to overcome the improper pleading.

When considering the BGP Defendants' Motion to Dismiss, the Court must first determine issues of standing and jurisdiction. Due to Plaintiffs' improper pleading, it is indeterminable from the complaint whether Plaintiffs have standing against each Defendant because the relationship between the Defendants and the involvement of each defendant is unclear.

It is therefore ORDERED AND ADJUDGED that:

1. Defendants' Motion to Dismiss (Dkt. 50) is GRANTED.

2. The Third Amended Complaint (Dkt. 33) is dismissed without prejudice.

3. Plaintiffs have twenty (20) days from the entry of this order to file an amended complaint.

**DONE** and **ORDERED** in Tampa, Florida on July 14, 2010.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2009\09-cv-2501.mtd 50 (2).wpd