## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

KEITH STANSELL, et al.,

    Plaintiffs,

v.                                        Case No.  8:09-cv-2501-T-30AEP

BGP, INC., et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

Before the Court is the Plaintiffs' Notice of Dismissal With Prejudice (Dkt. #107). In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on June 27, 2011.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2009\09-cv-2501.dismiss 107.wpd